
Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.7171
Chris@lipskylowe.com

www.lipskylowe.com

July 25, 2022

VIA ECF
The Honorable Mary Kay Vyskocil, U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Fischler v. Alliance Health, LLC</u>, 1:22-cv-02076 (MKV)

Dear Judge Vyskocil:

This firm represents Plaintiff Brian Fischler. We submit this letter in response to the Court's July 20, 2022 Order to Show Cause. (Dkt. No. 6).

We respectfully apologize for the status of this case. We are mindful that the Court's time is valuable and Your Honor should not have to issue an Order to Show Cause to move a case forward.

Turning to this matter, this firm's protocols were unfortunately not followed. Our protocol is that, after the Summons and Complaint are filed, we promptly provide our process server with those pleadings to serve the Defendant and then file the Affidavit of Service and calendar the date for Defendant's responsive pleading. That critical last step did not occur. We have since implemented additional protocols to ensure this is not repeated.

Accordingly, we intend to promptly file a Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal, dismissing the case without prejudice. We did not want to do so, however, without first responding to the Order to Show Cause.

With that, we respectfully suggest no further action by the Court is necessary. While this case has been stalled for several months, the failure to prosecute was "unobtrusive rather than vexatious and burdensome." *Baptiste v. Sommers*, 768 F.3d 212, 218 (2d Cir. 2014) (explaining, under those circumstances, the "cudgel of extreme sanctions" is not warranted).



We, again, apologize for the handling of this matter and will insure it is not repeated. We appreciate the Court's attention to this matter.

                                  Respectfully submitted,
                                  LIPSKY LOWE LLP

                                <u>s/ Christopher H. Lowe</u>
                                 Christopher H. Lowe